562 U.S. 958, 131 S. Ct. 500, 178 L. Ed. 2d 284, 2010 U.S. LEXIS 8126.

October 12, 2010. Application to vacate the stay entered by the United States Court of Appeals for the Ninth Circuit, case No. 10-35832, addressed to Justice Kennedy and by him referred to the Court, denied.

## No. 10M35. Jerome Woods, Petitioner v. Bill McCollum, Attorney General of Florida.

562 U.S. 958, 131 S. Ct. 496, 178 L. Ed. 2d 284, 2010 U.S. LEXIS 8026.

October 12, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

## No. 10M36. Pearson Dental Supplies, Inc., Petitioner v. Superior Court of California, Los Angeles County, et al.

562 U.S. 958, 131 S. Ct. 497, 178 L. Ed. 2d 284, 2010 U.S. LEXIS 7967.

October 12, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 48 Cal. 4th 665, 108 Cal. Rptr. 3d 171, 229 P.3d 83.